Entered: June 24, 2019
Signed:  June 24, 2019

**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   19−13433 − MMH   Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Alexander Nicholas Schiding | Stacey Elise Schiding |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 231 Brandon Road | 231 Brandon Road |
| Baltimore, MD 21212 | Baltimore, MD 21212 |
| Social Security No.:  xxx−xx−9582 | xxx−xx−5985 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 3/14/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** − *larter*